UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



UNITED STATES OF AMERICA

vs.

Case No: 7:15-CR-108-H

RUSTICO YABUT IGNACIO (1)
CASSIUS FLORES SAMSON (2)
OCEANIC ILLSABE LIMITED (3)
OCEANFLEET SHIPPING LIMITED (4)

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on August 23, 2016 be turned over to Special Agent Derrick Vachon, Coast Guard Investigative Service to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 15 | White pipe (upper section) |
| 16 | White pipe (lower section) |
| 17 | Flexible hose |

This 24th day of August, 2016.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____