UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00108-H-1
NO. 7:15-CR-00108-H-2
NO. 7:15-CR-00108-H-3
NO. 7:15-CR-00108-H-4

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RUSTICO YABUT IGNACIO, | ) | |
| CASSIUS FLORES SAMSON, | ) | |
| OCEANIC ILLSABE LIMITED, AND | ) | |
| OCEANFLEET SHIPPING LIMITED | ) | |

Upon agreement between the United States of America and Defendants Oceanic Illsabe Limited and Oceanfleet Shipping Limited, it is stipulated that between April 15, 2015, and July 16, 2015, the charterer of the vessel *M/V Ocean Hope*, Hyundai Merchant Marine, owned any diesel fuel loaded onto the vessel in Pohang, Korea.

In addition, it is stipulated that the following exhibits are true, material, and admissible:

| GOV'T EXHIBIT | Bates Production Begin | Bates Production End | Exhibit Name |
|---|---|---|---|
| 19 | OH_IS_0003442 | OH_IS_0003443 | Engine Weekly Maintenance Report – Week of March 30, 2015 |
| 20 | OH_IS_0003448 | OH_IS_0003449 | Engine Weekly Maintenance Report – Week of March 9, 2015 |
| 22 | OH_IS_0005251 | OH_IS_0005258 | Management Agreement between Oceanic Illsabe Limited and Oceanfleet Shipping Limited |

1

| | | | |
|---|---|---|---|
| 26 | OH_IS_0015706 | OH_IS_0015707 | Employment Contract – Ignacio |
| 27 | OH_IS_0005966 | OH_IS_0005967 | Employment Contract – Samson |
| 36 | OH_IS_0003692 | OH_IS_0003936 | Noon Reports Jan 9, 2015 to May 31, 2015 |
| 37 | OH_IS_0000005 | OH_IS_0000076 | Noon Reports June 1 to July 14, 2015 Item 201315 |
| 38 | OH_NATIVE_0016_0000494 Through OH_NATIVE_0016_0000516, except OH_NATIVE_0016_0000499-500 | | Noon Reports August 1 to August 18, 2015 |
| 44A | OH_NATIVE_0016_0000060 | OH_NATIVE_0016_0000060 | Jan. 12, 2015 E-mail from Vessel to Oceanfleet |
| 44B | OH_NATIVE_0016_0000061 | OH_NATIVE_0016_0000061 | Jan. 12, 2015 ORB Extract |
| 44C | OH_NATIVE_0016_0000077 | OH_NATIVE_0016_0000077 | Jan. 26, 2015 E-mail from Vessel to Oceanfleet |
| 44D | OH_NATIVE_0016_0000078 | OH_NATIVE_0016_0000080 | Jan. 26, 2015 ORB Extract |
| 44E | OH_NATIVE_0016_0000081 | OH_NATIVE_0016_0000081 | Feb. 2, 2015 E-mail from Vessel to Oceanfleet |
| 44F | OH_NATIVE_0016_0000082 | OH_NATIVE_0016_0000083 | Feb. 2, 2015 ORB Extract |
| 44G | OH_NATIVE_0016_0000092 | OH_NATIVE_0016_0000092 | Feb. 9, 2015 E-mail from Vessel to Oceanfleet |
| 44H | OH_NATIVE_0016_0000093 | OH_NATIVE_0016_0000093 | Feb. 9, 2015 ORB Extract |
| 44I | OH_NATIVE_0016_0000098 | OH_NATIVE_0016_0000098 | Feb. 16, 2015 E-mail from Vessel to Oceanfleet |
| 44J | OH_NATIVE_0016_0000099 | OH_NATIVE_0016_0000100 | Feb. 16, 2015 ORB Extract |
| 44K | OH_NATIVE_0016_0000105 | OH_NATIVE_0016_0000105 | Feb. 23, 2015 E-mail from Vessel to Oceanfleet |
| 44L | OH_NATIVE_0016_0000106 | OH_NATIVE_0016_0000108 | Feb. 23, 2015 ORB Extract |
| 44M | OH_NATIVE_0016_0000112 | OH_NATIVE_0016_0000112 | March 2, 2015 E-mail from Vessel to Oceanfleet |
| 44N | OH_NATIVE_0016_0000113 | OH_NATIVE_0016_0000114 | March 2, 2015 ORB Extract |
| 44O | OH_NATIVE_0016_00 | OH_NATIVE_0016_0 | March 9, 2015 E-mail from |

|  | 00123 | 000123 | Vessel to Oceanfleet |
|---|---|---|---|
| 44P | OH_NATIVE_0016_00 00124 | OH_NATIVE_0016_0 000125 | March 9, 2015 ORB Extract |
| 44Q | OH_NATIVE_0016_00 00126 | OH_NATIVE_0016_0 000126 | March 30, 2015 E-mail from Vessel to Oceanfleet |
| 44R | OH_NATIVE_0016_00 00127 | OH_NATIVE_0016_0 000129 | March 30, 2015 ORB Extract |
| 44S | OH_NATIVE_0016_00 00138 | OH_NATIVE_0016_0 000138 | April 6, 2015 E-mail from Vessel to Oceanfleet |
| 44T | OH_NATIVE_0016_00 00139 | OH_NATIVE_0016_0 000140 | April 6, 2015 ORB Extract |
| 44U | OH_NATIVE_0016_00 00141 | OH_NATIVE_0016_0 000141 | April 13, 2015 E-mail from Vessel to Oceanfleet |
| 44V | OH_NATIVE_0016_00 00142 | OH_NATIVE_0016_0 000144 | April 13, 2015 ORB Extract |
| 44W | OH_NATIVE_0016_00 00145 | OH_NATIVE_0016_0 000145 | April 20, 2015 E-mail from Vessel to Oceanfleet |
| 44X | OH_NATIVE_0016_00 00146 | OH_NATIVE_0016_0 000147 | April 20, 2015 ORB Extract |
| 44Y | OH_NATIVE_0016_00 00148 | OH_NATIVE_0016_0 000148 | April 27, 2015 E-mail from Vessel to Oceanfleet |
| 44Z | OH_NATIVE_0016_00 00149 | OH_NATIVE_0016_0 000149 | April 27, 2015 ORB Extract |
| 44AA | OH_NATIVE_0016_00 00150 | OH_NATIVE_0016_0 000150 | May 1, 2015 E-mail from Vessel to Oceanfleet |
| 44BB | OH_NATIVE_0016_00 00151 | OH_NATIVE_0016_0 000151 | May 1, 2015 ORB Extract |
| 44CC | OH_NATIVE_0016_00 00160 | OH_NATIVE_0016_0 000160 | May 4, 2015 E-mail from Vessel to Oceanfleet |
| 44DD | OH_NATIVE_0016_00 00161 | OH_NATIVE_0016_0 000164 | May 4, 2015 ORB Extract |
| 44EE | OH_NATIVE_0016_00 00173 | OH_NATIVE_0016_0 000173 | May 20, 2015 E-mail from Vessel to Oceanfleet |
| 44FF | OH_NATIVE_0016_00 00174 | OH_NATIVE_0016_0 000176 | May 20, 2015 ORB Extract |
| 44GG | OH_NATIVE_0016_00 00197 | OH_NATIVE_0016_0 000197 | June 1, 2015 E-mail from Vessel to Oceanfleet |
| 44HH | OH_NATIVE_0016_00 00198 | OH_NATIVE_0016_0 000203 | June 1, 2015 ORB Extract |
| 44II | OH_NATIVE_0016_00 00275 | OH_NATIVE_0016_0 000275 | June 22, 2015 E-mail from Vessel to Oceanfleet |
| 44JJ | OH_NATIVE_0016_00 00276 | OH_NATIVE_0016_0 000278 | June 22, 2015 ORB Extract |
| 44KK | OH_NATIVE_0016_00 00279 | OH_NATIVE_0016_0 000279 | June 29, 2015 E-mail from Vessel to Oceanfleet |

| 44LL | OH_NATIVE_0016_00 00280 | OH_NATIVE_0016_0 000283 | June 29, 2015 ORB Extract |
|------|------------------------|-------------------------|---------------------------|
| 44MM | OH_NATIVE_0016_00 00333 | OH_NATIVE_0016_0 000333 | July 7, 2015 E-mail from Vessel to Oceanfleet |
| 44NN | OH_NATIVE_0016_00 00334 | OH_NATIVE_0016_0 000336 | July 7, 2015 ORB Extract |
| 46 | OH_NATIVE_0016_00 00001 | OH_NATIVE_0016_0 000002 | Jan. 12, 2015 E-mail from Oceanfleet to Vessel re: ORB Requirements |
| 47 | OH_NATIVE_0016_00 00010 | OH_NATIVE_0016_0 000011 | May 4 E-mail from Oceanfleet to Vessel re: Non-Compulsory Sludge Disposal |
| 51 | OH_NATIVE_0016_00 00035 | OH_NATIVE_0016_0 000035 | August 31, 2015 E-mail from Vessel re: Gibraltar Sludge Disposal |
| 66 | OH_NATIVE_0016_00 00073 | OH_NATIVE_0016_0 000073 | January 23, 2015 Ship's Waste Notification |
| 69 | OH_NATIVE_0016_00 00095 | OH_NATIVE_0016_0 000097 | February 15, 2015 Vessel Condition Report |
| 70 | OH_NATIVE_0016_00 00350 | OH_NATIVE_0016_0 000350 | July 15, 2015 E-mail from Oceanfleet to Vessel |
| 71 | OH_NATIVE_0016_00 00352 | OH_NATIVE_0016_0 000352 | Vessel Internal Audit |
| 74 | OH_NATIVE_0016_00 00365 | OH_NATIVE_0016_0 000365 | July 18, 2015 E-mail from Vessel to Oceanfleet – Statement of Receipt |
| 75 | OH_NATIVE_0016_00 00368 | OH_NATIVE_0016_0 000368 | July 18, 2015 Sludge Removal Receipt |
| 109 | OH_IS_0020558 | OH_IS_0020593 | Charter Agreement Between Oceanic Illsabe Ltd and Hyundai Marine Co. Ltd. |

This 30th day of August, 2016.

Malcolm J. Howard
Senior United States District Judge