UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



UNITED STATES OF AMERICA

vs.  Case No: 7:15-CR-108-H

RUSTICO YABUT IGNACIO (1)  ORDER
CASSIUS FLORES SAMSON (2)
OCEANIC ILLSABE LIMITED (3)
OCEANFLEET SHIPPING LIMITED (4)

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on <u>August 25, 2016</u> be turned over to Special Agent <u>Derrick Vachon, Coast Guard Investigative Service</u> to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 18A through 18H | Oil water samples |
| 18K through 18U | Oil water samples |

This <u>1st</u> day of <u>September</u>, 2016.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____