IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-108-3H
NO. 7:15-CR-108-4H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER EXCUSING LOCAL |
| ) | COUNSEL FROM ATTENDANCE |
| RUSTICO YABUT IGNACIO ) | AT SENTENCING HEARING |
| CASSIUS FLORES SAMSON ) | |
| OCEANIC ILLSABE LIMITED ) | |
| OCEANFLEET SHIPPING LIMITED ) | |

Having reviewed and considered the Unopposed Motion to Excuse Local Counsel from Attendance at Sentencing Hearing by Defendants Oceanic Illsabe Limited and Oceanfleet Shipping Limited, it is hereby:

**ORDERED** that local counsel, Messrs. Clark, Newton & Evans, P.A., are excused from Local Criminal Rule 57.1(f)'s requirement that local counsel be in attendance for all court hearings.

SIGNED this 9th day of January 2017.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE