UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00108-H-3
NO. 7:15-CR-00108-H-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| OCEANIC ILLSABE LIMITED, AND | ) | |
| OCEANFLEET SHIPPING LIMITED | ) | |

This matter comes before the Court upon the government's Motion for a Statutory Award Payment pursuant to 33 U.S.C. § 1908(a). [D.E. #149].

Upon due consideration, the motion is GRANTED. It is hereby ORDERED that from the total fine to be paid by Oceanfleet Shipping Limited and Oceanic Illsabe Limited, an award of $150,000 attributable to Count Two of this case, shall be paid to the following individuals in the following amounts:

Vicente Rey Makilan Menente - $100,000

Charlie Dupit Sarduma - $10,000

Reynaldo Tismo Villegas - $10,000

Anthony Abuan Reyes - $10,000

Ronald Diamante Belleza - $15,000

Reynaldo Batindaan Punay - $5,000

It is further ORDERED that the Clerk of Court issue checks

payable to the individuals in the amounts stated above and mailed to:

> U.S. Department of Justice
> 2nd Floor, NOX 2 Building
> Chancery Compound
> 1201 Roxas Blvd., Ermita
> Manila 0930, Philippines
> 632-301-2000 Ext. 6501
> Attention: Christopher L. Cardani
> DOJ Attaché

This 22ᴺᴰ day of June 2017.

Malcolm J. Howard
Senior United States District Judge