UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00108-H-3
NO. 7:15-CR-00108-H-4

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| OCEANIC ILLSABE LIMITED, AND | ) | |
| OCEANFLEET SHIPPING LIMITED | ) | |

This matter comes before the Court upon the government's Consent Motion for Payment of Fines to the Abandoned Seafarers Fund Pursuant to 33 U.S.C. § 1908(g). [D.E. #160].

Upon due consideration, the motion is GRANTED. Of the $300,000 in combined total fines for the convictions under Count Two of case number 7:15-CR-00108-3H and Count Two of case number 7:15-CR-00108-4H, it is hereby ORDERED that, having provided an award of $150,000 to various individuals per separate order dated the **22nd** day of June, 2017, the remaining $150,000 shall be deposited into the Abandoned Seafarers Fund.

It is further ORDERED that the Clerk of the Court send the appropriate sum to Treasury Account Number, TAFS - 70X5677.01 (Penalties, Abandoned Seafarers Fund, United States Coast Guard, United States Department of Homeland Security). Checks can be made payable to UNITED STATES COAST GUARD and sent with supporting

documentation to USCG ART/OTHERS, PO BOX 530249, ATLANTA, GA 30353-2049.

This 22nd day of June 2017.

Malcolm J. Howard
Senior United States District Judge