UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-00108-H-3
NO. 7:15-CR-00108-H-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| OCEANIC ILLSABE LIMITED, AND ) | |
| OCEANFLEET SHIPPING LIMITED ) | |

This matter comes before the Court upon the government's Motion for Re-issuance of Whistleblower Checks.

Upon due consideration, the motion is GRANTED. It is hereby ORDERED that from the total fine to be paid by Oceanfleet Shipping Limited and Oceanic Illsabe Limited, a total award of $15,000 attributable to Count Two of this case, shall be paid to Ronald Diamante Belleza. The checks issued to Ronald Diamante Belleza pursuant to this Court's prior order on June 27, 2017 (Check #'s 4030 75736471 and 4030 75736464) shall be rendered void and returned to the Clerk of the Court.

[Remainder of Page Intentionally Left Blank]

It is further **ORDERED** that the Clerk of the Court issue a check payable to the individual and in the amounts stated above and sent to:

> U.S. Department of Justice
> 2nd Floor, NOX 2 Building
> Chancery Compound
> 1201 Roxas Blvd., Ermita
> Manila 0930, Philippines
> 632-301-2000 Ext. 6501
> Attention: Christopher L. Cardani
> DOJ Attaché

SO ORDERED, this  25th  day of  October , 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge